# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                              Case No. 05-20086 D V

JUAN L. CHAVEZ,

    Defendant.

## ORDER OF TRANSFER

The above-styled case is hereby transferred to Judge Samuel H. Mays, Jr., in exchange for USA v. Ariane Grant, Case No. 05-20073 MaV. The parties shall, on all pleadings and correspondence related to this matter, change the judge's initials in the case number from 05-20086 D V to 05-20086 MaV.

IT IS SO ORDERED this 12 day of July 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:05-CR-20086 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Larry E. Fitzgerald
FITZGERALD & HARRIS
22 N. Second Street
Ste. 410
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT