IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 AUG -3 PM 5: 21

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR. NO. 05-20086-01-Ma |
| ) | |
| JUAN L. CHAVEZ, ) | |
| ) | |
| Defendant. ) | |

### ORDER ON CHANGE OF PLEA

This cause came on to be heard on August 1, 2005, the United States Attorney for this district appearing for the Government and the defendant, Juan L. Chavez, appearing in person and with retained counsel, Mr. Larry Fitzgerald.

With leave of the Court, the defendant entered a plea of guilty to Count 1 of the Indictment. Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this matter is set for **Thursday, November 3, 2005 at 9:00 a.m.**

The defendant is remanded to the custody of the United States Marshal.

ENTERED this the 3A day of August, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-3-05

25

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:05-CR-20086 was distributed by fax, mail, or direct printing on August 5, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Larry E. Fitzgerald
FITZGERALD & HARRIS
22 N. Second Street
Ste. 410
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT